# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

CHARLES ALEXANDER/RYAHIM
ADC #111057                                                                                                    PLAINTIFF

V.                                              4:09CV00681-WRW

BERWIN MONROE *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 14th day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE